IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02468-NRN

JESSE CHALMERS, SR.,
on behalf of J.C., a minor child,

Plaintiff,

v.

Richard Martin,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

This matter is before the Court sua sponte. Because this matter involves a minor child, it is hereby ORDERED that the Clerk of Court shall place Dkt. #1 through Dkt. #4 under Level 1 Restriction.

It is FURTHER ORDERED that Plaintiff's counsel shall re-file the complaint and summons with a case caption that uses only the minor child's initials pursuant to Fed. R. Civ. P. 5.2(a)(3).

It is FURTHER ORDERED that all future filings in this case must comply with Fed. R. Civ. P. 5.2(a)(3).

Date: September 14, 2021