IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02468-NRN

JESSE CHALMERS, SR.,
on behalf of J.C., a minor child,

Plaintiff,

v.

Richard Martin,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order to Extend Deadline for Joinder of Parties and Amendment of Pleadings (Dkt. #21) is GRANTED. The Scheduling Order (Dkt. #18) is AMENDED to extend the deadline to join parties or amend the pleadings to February 4, 2022.

Date: January 28, 2022