IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02468-NRN

JESSE CHALMERS, SR.,
on behalf of J.C., a minor child,

Plaintiff,

v.

Richard Martin,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    This matter is before the Court upon review of the docket and the Court's calendar. It is hereby ORDERED that the Status Conference SET for September 7, 2022 at 2:00 p.m. is CONVERTED to a Final Pretrial Conference. The parties shall prepare and submit a Final Pretrial Order on or before August 31, 2022.

    The parties are reminded to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: August 15, 2022