IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02468-NRN

JESSE CHALMERS, SR.,
on behalf of J.C., a minor child,

Plaintiff,

v.

Richard Martin,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

The following procedures and orders supplement the Federal Rules of Civil Procedure and the local rules of this court. In order to fairly and efficiently try the merits of each case, the following **ORDERS** apply:

**I. Final Trial Preparation Conference with Trial Magistrate Judge**

1. The parties are to exchange their pre-marked exhibits on **September 26, 2022**. Plaintiff shall use numbers, and defendant shall use letters. Exhibit lists and witness lists shall be electronically filed under the Court's Electronic Filing Procedures **and** a copy e-mailed as an attachment in Word format to me at Neureiter_Chambers@cod.uscourts.gov **on or before October 3, 2022**. Stipulations as to authenticity and admissibility shall be set forth on the exhibit lists. Counsel shall be prepared to stipulate to the admissibility of exhibits at the final trial preparation conference.

2. Prior to trial, the parties are to decide upon joint exhibits and thus avoid duplication of exhibits and are to stipulate to the authenticity and admissibility of as many exhibits as possible. If the parties agree on joint exhibits, one copy of a joint exhibit list shall be electronically filed **on or before October 3, 2022** with the court under the court's Electronic Filing Procedures **and** a copy e-mailed as an attachment in Word format to me at Neureiter_Chambers@cod.uscourts.gov. Two copies of a joint exhibit list shall be provided to me at the final trial preparation conference.

3. Each party shall electronically file objections to exhibits under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in Word

format to me at Neureiter_Chambers@cod.uscourts.gov **on or before October 3, 2022**. The objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection. If the authority is a Federal Rule of Evidence, the Rule is to be cited; if the authority is case law, a copy of the case shall be provided to the court. Two copies of the objections are to be provided at the final trial preparation conference.

4. At the Trial Preparation Conference, counsel shall provide to the court their final witness lists and two copies with an estimate of each witness's direct examination testimony time.  Each witness designated as a "will call" witness shall be counsel's representation, upon which opposing counsel can rely, that the witness will be present and available for testimony at trial.

5. Video-taped deposition testimony. In the event videotaped deposition testimony will be used, opposing counsel must be given notice of each page and line intended to be used **on or before September 29, 2022.** Any objections to the testimony must be marked on a copy of the transcript and provided to the court **on or before October 11, 2022**. Objections to videotaped testimony will be ruled on prior to trial to allow for editing of the videotape to be presented to the jury.

6. Motions in limine are to be electronically filed under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in Word or WordPerfect format to me at Neureiter_Chambers@cod.uscourts.gov no later than **October 3, 2022**.

**II. Prior to Trial**

1. **Thirty days before trial,** counsel shall notify my courtroom deputy, Roman Villa (303) 335-2112, of any need for special accommodation for any attorney, party or witness, any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CD-ROM or other electronic presentation of evidence.

2. Proposed voir dire questions, proposed jury instructions, and proposed verdict forms shall be filed **on or before October 3, 2022** electronically under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in Word format to me at Neureiter_Chambers@cod.uscourts.gov. The email attachments shall contain two versions of proposed substantive jury instructions, one with sources or authority and one without. Counsel are to agree and submit two hard copy sets of proposed stock instructions without authority but with yellow post-its citing the applicable authority on one copy. Counsel will be given a limited amount of time to voir dire the jury following the Court's questions. The Court will seat eight (8) jurors in this case. **Counsel should make every effort to agree on all jury instructions.** The Court will make every effort to rule on disputed proposed instructions before trial.

     3. Trial briefs, if any, are to be electronically filed under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in Word format to me at Neureiter_Chambers@cod.uscourts.gov no later than **October 24, 2022.**

     4. Pursuant to D.C.COLO.LCivR. 54.2, in order to avoid the assessment of jury costs, counsel must notify the court clerk and the trial magistrate judge's chambers of a settlement before twelve o'clock noon Mountain Time on the last business day before the scheduled trial date.

     5. Deposition testimony. Counsel are to advise each other of the proposed deposition testimony offered by page and line reference **on or before September 29, 2022** so that opposing counsel can prepare objections and offer additional portions of the transcript. Objections and portions of each deposition shall be filed with the Court **on or before October 11, 2022**. The Court will not provide a person to read the deposition testimony at trial. Each party shall provide a reader for any deposition testimony at trial.

## III. First Day of Trial

     1. Provide three copies of witness lists to courtroom deputy and one to opposing counsel.

     2. Submit the exhibit list to opposing counsel and three copies to the courtroom deputy.

     3. Original exhibits, properly marked and tabbed, with pages of each exhibit numbered filed in one or more notebooks shall be given to the courtroom deputy. Similar notebooks with exhibit copies shall be provided to the court and to opposing counsel. Exhibits with more than one page shall have each page numbered on the bottom right-hand corner.

     4. Submit an original list of any stipulated facts and two copies.

## IV. General Information

     1. My courtroom deputy's name is Román Villa, who can be reached at roman_villa@cod.uscourts.gov. Any questions concerning exhibits or courtroom equipment may be directed to him. The proceedings will be digitally recorded or a court reporter will be present. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily copy, should be made at least 30 days in advance of the trial date.

     2. My law clerks, Thomas Connell and Dana Dobbins, may speak to counsel regarding procedural or scheduling matters. Do not discuss the substance of the case with my law clerks. To avoid the appearance of impropriety, ideally contacts with my law clerks should be made with counsel for all parties on the line.

3. At trial, all parties and witnesses shall be addressed as "Mr.", "Mrs.", "Ms.", "Dr.", etc.  Informal references are not authorized except when children are testifying.

4. In jury trials, instructions are given prior to closing arguments. Copies of written instructions and verdict forms will be given to the jury for its deliberations.

5. Trial is set for five (5) days to a jury of eight (8) beginning at **9:00 a.m. on October 31, 2022** in Courtroom C-203, Second Floor, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado 80294.

6. The Trial Preparation Conference will be set at the Final Pretrial Conference scheduled for September 7, 2022 at 2:00 p.m. The Trial Preparation Conference will take place in Courtroom C-203, Second Floor, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado 80294.

DATED 30th day of August, 2022.

BY THE COURT:

_____
N. Reid Neureiter
United States Magistrate Judge