IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02468-NRN

JESSE CHALMERS, SR.,
on behalf of J.C., a minor child,

Plaintiff,

v.

Richard Martin,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Pursuant to communications with the parties, it is hereby ORDERED that the Final Pretrial Conference set on September 7, 2022 at 2:00 p.m. is CONVERTED to a telephonic Status Conference. The parties are reminded to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: August 31, 2022