IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02468-NRN

JESSE CHALMERS, SR.,
on behalf of J.C., a minor child,

Plaintiff,

v.

Richard Martin,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of Plaintiff's Status Report (Dkt. #33), it is hereby ORDERED that the parties shall file dismissal papers or a <u>joint</u> Status Report on or before March 6, 2022.

Date: December 6, 2022